977 A.2d 1087

Rudis MOREIRA, Petitioner

v.

PCRA UNIT, Room 206, C.J.C., Natasha Lowe, Post Trial
Unit Supervisor, and S. Simmons, and Any Other at
the PCRA Unit, Respondents.

No. 75 EM 2009.

Supreme Court of Pennsylvania.

July 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the "Peti-

tion for a Writ of Mandamus Directed at the PCRA Unit, and/or for Any Other Extraordinary Relief" is **DENIED.**